UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA VASSEL, as the personal
representative for Michael Bryan
Clanton, deceased,

    Plaintiff,                                       Case No. 04-74772

v.                                               Hon. John Corbett O'Meara

WAYNE COUNTY, *et al.*,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Before the court is Defendants' motion for summary judgment, filed June 12, 2006. The court ordered a response by August 31, 2006. Plaintiff has not filed a response to Defendants' motion.

Accordingly, IT IS HEREBY ORDERED that Defendants' June 12, 2006 motion for summary judgment is GRANTED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.


                                                       s/John Corbett O'Meara
                                                       UNITED STATES DISTRICT JUDGE


Dated: October 10, 2006

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 11, 2006, by electronic and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager