UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA VASSEL, as the personal representative for Michael Bryan Clanton, deceased,

        Plaintiff,

v.

WAYNE COUNTY, et al.,

        Defendants.
_____/

Case No. 04-74772

HONORABLE JOHN CORBETT O'MEARA

## JUDGMENT

Pursuant to the Court's Order filed October 10, 2006, Defendants' Motion for Summary Judgment is GRANTED.  Therefore, Judgment is entered in favor of the Defendants and the case is DISMISSED.

DAVID WEAVER

Dated: October 10, 2006

By: s/ William Barkholz
Deputy Clerk

Approved:

s/John Corbett O'Meara
United States District Judge